UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2169 R:IK/SRN

Graham Webb International
Limited Partnership, sued as
"Graham Web International Ltd.
Partnership,"

Plaintiff,

ORDER OF RECUSAL

v.

Michael Gordon,
Bumble and Bumble LLC,
Bumble and Bumble Products LLC and
Estee Lauder Companies, Inc.,

Defendants.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 18, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-2169 RHK/AJB

Use this case number for all further filings.