4.20105

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** **00 CIV 2169 (RHK/SRN)**

**Case Title:** **Graham Webb International Ltd. Partnership v. Michael Gordon, Bumble and Bumble LLC, Bumble and Bumble Products LLC, and Estee Lauder Companies, Inc.**

**Affidavit of Movant**

I, John Krenn, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Katherine L. Pringle, an attorney admitted to practice in the Southern District of New York and the District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendants Bumble and Bumble LLC, Bumble and Bumble Products LLC, and Michael Gordon in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 12493X | Date: 4/16/01

**Affidavit of Proposed Admittee**

I, Katherine Pringle, am currently a member in good standing of the U.S. District Court for the Southern District of New York and the District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Katherine L. Pringle | Signature: [signature] | Date: 4/10/01

Attorney License Number: 3003522

Law Firm Name & Address: Friedman Kaplan Seiler
& Adelman, LLP
875 Third Avenue
New York, NY 10022-6225

Telephone: (212) 833-1100

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

APR 23 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

6/99