**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Graham Webb International
Limited Partnership

Civil No. 00-2169 RHK/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Michael Gordon, et al.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Fact discovery shall be commenced in time to be completed by July 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 21, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the party bearing the burden of proof as to a particular issue, on or before August 1, 2002.

   b. By responding party, on or before September 1, 2002..



FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Parties are permitted to serve interrogatories as follows: a total of 40 interrogatories for each separately represented party or group of parties, i.e., (i) plaintiff; (ii) defendants Michael Gordon, Bumble and Bumble, LLC, and Bumble and Bumble Products, LLC, and (iii) defendant Estee Lauder (each of these groups hereinafter a "Represented Party"), but each Represented Party shall only be allowed to serve 20 interrogatories on each of the other two Represented Parties. [Interrogatories shall be counted in accordance with Fed. R. Civ. R. 33(a)].

5. Parties are permitted to take depositions, excluding expert witness depositions, as follows: plaintiffs may take no more than 30 depositions; each Represented Party defendant may take no more than 15 depositions. Each Represented Party shall take no more than 3 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by December 30, 2001. Any motions to amend to allege punitive damages must be served by July 15, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, but not including those relating to expert discovery issues, shall be served and filed by July 15, 2002. Non-dispositive motions dealing with discovery issues relating to experts must be filed and served on or before November 15, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by December 15, 2002. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on March 15, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 3 expert witnesses. Anticipated length of trial is 10 days.

Dated: 8/31/01

Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500